In the Matter of ALYS H. LYONS, Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Appellants.

Submitted May 15, 1950; decided May 26, 1950.

566

*Harry F. Karst, Alvin McKinley Sylvester* and *Jack Reinstein* for appellants.

*Nathan J. Stein* and *Samuel Lawrence Brennglass* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.